JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO JACOBO, an Individual,<br><br>                    Plaintiff,<br><br>    v.<br><br>CABO YACHTS, INC.,<br><br>                  Defendant. | Case No. EDCV 12-281-DMG (VAPx)<br><br>**ORDER RE DISMISSAL OF ALL CLAIMS WITH PREJUDICE [15]** |

Pursuant to the parties' stipulation to dismiss all claims with prejudice, and good cause having been shown, it is hereby ordered that the action is **DISMISSED** in its entirety, with prejudice.

DATED:  March 15, 2013

*Dolly M. Gee*
_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE