JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO JACOBO, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> CABO YACHTS, INC., <br><br> Defendant. | Case No. EDCV 12-281-DMG (VAPx) <br><br> **ORDER RE DISMISSAL OF ALL CLAIMS WITH PREJUDICE [15]** |

Pursuant to the parties' stipulation to dismiss all claims with prejudice, and good cause having been shown, it is hereby ordered that the action is **DISMISSED** in its entirety, with prejudice.

DATED: March 15, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-